

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Horizontal Development Partners, LLC,    * From the 142nd District Court
of Midland County,
Trial Court No. CV59132.

Vs. No. 11-23-00109-CV    * May 8, 2025

Endeavor Energy Resources, LP,    * Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order and final judgment below. Therefore, in accordance with this court's opinion, the order and final judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Horizontal Development Partners, LLC.